## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEAN WALKER**                                                     **PLAINTIFF**

**v.**                               **Case No. 4:24-cv-00372-LPR**

**JOHN M. TURNER, JR.,**
**President/Chief Executive Officer,**
**Regions Bank Corporation**                                     **DEFENDANT**

## <u>ORDER</u>

Plaintiff Jean Walker initiated this *pro se* lawsuit on April 29, 2024.[1]  On August 23, 2024, the Court issued an Order granting Ms. Walker's request to proceed *in forma pauperis*, explaining why she had failed to sufficiently state a claim upon which relief could be granted, and giving Ms. Walker forty-five days to amend her Complaint.[2]  The Court warned Ms. Walker that failure to file an amended complaint would result in the dismissal of her case.[3]  Ms. Walker has not complied with, or otherwise responded to, the Court's Order, and the time for doing so has expired.[4]

Accordingly, for the reasons stated in the Court's August 23, 2024 Order, Ms. Walker's Complaint (Doc. 2) is DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4).

[3] *Id*. at 4.

[4] It appears that the file-marked copy of the Court's Order that was mailed to Ms. Walker's last-known address was returned to the Court as undeliverable.  *See* Doc. 5.  It is Ms. Walker's duty to maintain a current address with the Court.  *See* Local Rule 5.5(c)(2).  Failure to respond in a timely manner to a communication from the Court may constitute grounds for dismissal.  *Id*.

IT IS SO ORDERED this 30th day of October 2024.

_____

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE